Exhibit B

US00D845695S

## (12) United States Design Patent
### Wu

(10) Patent No.: **US D845,695 S**
(45) Date of Patent: ** **Apr. 16, 2019**

| | | |
|---|---|---|
| (54) | **PIZZA STOVE** | |
| (71) | Applicant: | **Yongjie Wu**, Zhejiang (CN) |
| (72) | Inventor: | **Yongjie Wu**, Zhejiang (CN) |
| (**) | Term: | **15 Years** |
| (21) | Appl. No.: | **29/606,173** |
| (22) | Filed: | **Jun. 2, 2017** |
| (30) | Foreign Application Priority Data | |

Dec. 3, 2016 (CN) .......................... 2016 3 0591102

(51) LOC (11) Cl. ............................................... **07-02**
(52) U.S. Cl.
USPC ........................................ **D7/334**
(58) Field of Classification Search
USPC ........ D7/213, 323, 324, 325, 326, 327, 328,
D7/329, 330, 331, 332, 333, 334, 335,
D7/336, 337, 339, 347, 402, 404, 405,
D7/406, 407
CPC .... G05D 7/00; F24F 13/07; F24F 1/00; F24C
5/00; F24C 5/20; F24C 3/00; F24C 3/10;
F24C 3/12; F24C 15/06; F24C 15/08;
F24C 15/10; F24C 15/16; F24C 15/20;
F24C 1/16; F24B 3/00; F24B 1/207;
F23N 5/22; B60H 3/00; B32B 15/04;
A47J 43/00; A47J 43/18; A47J 37/00;
A47J 37/04; A47J 37/06; A47J 37/07;
A47J 37/10; A47J 37/041; A47J 37/0704;
A47J 37/0713; A47J 37/0763; A47J
27/04; A23L 1/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D547,111 | S | * | 7/2007 | Loyd ............................... D7/348 |
| D688,507 | S | * | 8/2013 | Hill ................................. D7/323 |
| D693,166 | S | * | 11/2013 | Measom ..................... D7/350.1 |
| D770,605 | S | * | 11/2016 | Wu ............................... D23/329 |
| D775,489 | S | * | 1/2017 | Zemel ............................ D7/332 |
| 9,635,979 | B2 | * | 5/2017 | Abrams ............... A47J 37/0713 |
| 2006/0191528 | A1 | * | 8/2006 | Spangrud ............. A47J 37/0713 |
| | | | | 126/275 R |
| 2007/0277805 | A1 | * | 12/2007 | Ho ........................ A47J 37/041 |
| | | | | 126/25 R |
| 2010/0059038 | A1 | * | 3/2010 | Ho ....................... A47J 37/0763 |
| | | | | 126/25 R |
| 2014/0109610 | A1 | * | 4/2014 | Wulf ......................... F24F 1/00 |
| | | | | 62/314 |

* cited by examiner

*Primary Examiner* — Terry A Wallace

(57) **CLAIM**

The ornamental design for a pizza stove, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a pizza stove showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines are for unclaimed subject matter and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**





**FIG. 1**



FIG. 2



**FIG. 3**



FIG. 4



**FIG. 5**



**FIG. 6**