### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

YONGJIE WU,

    Plaintiff,

v.

JUNW INC,

    Defendant.

Case No. 1:25-cv-02995

**Judge Honorable LaShonda A. Hunt**

**Magistrate Honorable Judge Keri L. Holleb Hotaling**

## SATISFACTION OF JUDGMENT

Plaintiff Wu, by and through undersigned counsel, hereby acknowledges that the default judgment entered in this action on June 30, 2025 against JunW Inc., (Seller ID: A24DOEXJTX80KR), together with any awarded costs, interest, fees, and other amounts recoverable under the judgment, has been fully paid, satisfied, released, or otherwise resolved.

Accordingly, Plaintiff acknowledges full satisfaction of the judgment and requests that the Clerk of Court enter this Satisfaction of Judgment on the docket and mark the judgment as satisfied. Nothing in this Satisfaction of Judgment is intended to alter any separate written settlement agreement, license, release, injunction, covenant not to sue, or other agreement between the parties, except as expressly provided in such agreement or order of the Court.

DATED:  June 5, 2026

Respectfully Submitted:

Robert M. DeWitty, Esquire
Bar no.: 006210112
D&A|R.M. DeWitty, U.S. Pat. Atty., LLC
1500 K Street, 2nd Fl., RM213
Washington D.C. 20005

141 W. Jackson Blvd., Ste. 4216
Chicago, Il. 60604
Tel: 202-571-7070 / 202 888-4309
Email: rmdewitty@dewittyip.com